IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUY NGUYEN,

     Plaintiff,                     No. 2:12-cv-0422 JFM (PC)

     vs.

DR. TERRIE,

     Defendant.               ORDER TO SHOW CAUSE

_____/

     Plaintiff is a county jail inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). By an order filed April 19, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendant. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.[1]

/////

/////

---

[1] Although it appears from the file that plaintiff's copy of the April 19, 2012 order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of
2  this order plaintiff shall show cause in writing, if any he has, why this action should not be
3  dismissed without prejudice for failure to comply with the court's April 19, 2012, order.  See Fed.
4  R. Civ. P. 41(b); L.R. 110.
5  DATED: May 23, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
nguy0422.osc