IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUY NGUYEN,

      Plaintiff,                    No. 2:12-cv-0422 JFM P

   vs.

DR. TERRIE,

      Defendant.          <u>ORDER</u>

_____/

        Plaintiff is a former county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to proceed before the undersigned pursuant to 28 U.S.C. § 636(c). By order filed May 24, 2012, plaintiff was ordered to show cause, within twenty days, why his action should not be dismissed for his failure to comply with the court's April 19, 2012 order. The twenty day period has now expired and plaintiff has not shown cause or otherwise responded to the court's order.

        Although it appears from the file that plaintiff's copy of the May 24, 2012 order to show cause was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2  prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3  DATED: June 18, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
terr0422.fsc